IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>GANADERIA DON JUAN SANTIAGO NIEVES, IN<br><br><br>XXX-XX1145<br><br><br>Debtor(s) | CASE NO. 10-07079 MCF<br>Chapter 12<br><br><br>FILED & ENTERED ON 05/04/2011 |

### ORDER GRANTING WITHDRAWAL OF MOTION

Francisco Moya Huff's motion withdrawing (docket entry #49) the legal representation of debtor is hereby granted. Debtor is granted 30 days to obtain new counsel.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 04 day of May, 2011.

*Mildred Cabán*

Mildred Caban Flores
U. S. Bankruptcy Judge

C:  DEBTOR(S)
    FRANCISCO R. MOYA HUFF
    JOSE RAMON CARRION MORALES