## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| GANADERÍA DON JUAN SANTIAGO NIEVES, INC. | CASE NO. 10-07079 MCF |
| DEBTOR | CHAPTER 12 |

### JOINT MOTION IN COMPLIANCE WITH ORDER

NOW COME creditors Ada R.T. Pérez Valdivieso, Banco de Desarrollo Económico para Puerto Rico or Economic Development Bank ("EDB") and Centro de Recaudación de Ingresos Municipales ("CRIM") through the undersigned attorneys and respectfully allege and pray:

1.      On April 13, 2011 the parties were ordered to show cause as to why they should not be sanctioned for failing to timely file a Joint Pre-Trial Report and Memorandum of Law for the pretrial conference in the instant case scheduled for April 14, 2011. Said filings were due on April 1st. 2011. Docket # 48.

2.      On April 1st. 2011 the appearing parties filed a joint motion advising the Court that the Debtor had made no attempt to meet with them to prepare the joint report. The fact is that Debtor's attorney never returned our calls and e-mail to arrange a meeting for the preparation of the report and memorandum. Nevertheless, in compliance with the undersigned's

duty to the Court, a draft of Creditors' part of the proposed pretrial report and order was attached to the motion and filed on the April 1st 2011 deadline. Docket # 47.

3.      On April 13, 2011, one day before the pre-trial conference, Debtor's attorney filed a motion resigning legal representation. Docket # 49. On May 4, 2011 the Court granted the motion and, seemingly, released Debtor's attorney from complying with the April 14, 2011 order to show cause. Docket # 52.

4.      In view of the foregoing, and for the reasons set forth in the undersigned's April 1st 2011 joint motion (Docket # 47), it is clear that the undersigned did everything in their power to comply with the deadline to file the Joint Pre-Trial Report and that they should not be sanctioned.

WHEREFORE, it is respectfully requested that the undersigned not be sanctioned.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on this day it was electronically filed the foregoing *Joint Motion in Compliance with Order* with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- JOSE RAMON CARRION MORALES      newecfmail@ch13-pr.com
- JOSE RAMON CARRION MORALES (IN)      newecfmail@ch13-pr.com
- ENRIQUE G FIGUEROA LLINAS      efl@bobonislaw.com
- CARMEN PRISCILLA FIGUEROA-BELL      cfigueroa@crimpr.net, storres@crimpr.net
- MONSITA LECAROZ ARRIBAS      ustpregion21.hr.ecf@usdoj.gov
- Rafael A. Lugo      rlugo@bde.gobierno.pr
- FRANCISCO R. MOYA HUFF      moyahuff55@prtc.net

*Ganadería Don Juan Santiago Nieves Inc.*
*Case No. 10- 07079 MCF Chapter 12*
*Joint Motion in Compliance with Order*

- YANINA RUFAT GARCIA    bankruptcyjusticia.gobierno.pr@gmail.com, yrg.bankruptcy@gmail.com

    **WE FURTHER CERTIFY** that copy of this document was served by mail through the

United States Postal Service to the following non CM/ECF participants:

GANADERÍA DON JUAN SANTIAGO NIEVES INC.
1203 AMBERLEY DRIVE
EVANS GA 30809

JOSE VICENTE GARCIA PEREZ
VICENTE GARCIA CPA & CO., PSC.
1612 PONCE DE LEON AVE
ANCHOR FUNDING BUILDING, SUITE 301
SAN JUAN, PR 00909

    In San Juan, Puerto Rico, this 10th day of May 2011

*S/ RAFAEL A. LUGO GUZMÁN, ESQ.*
USDC - P.R. No. 212508

Attorney for EDB
P. O. Box 2134
San Juan, PR 00922- 2134
Tel. (787) 641-4300 Ext. 4504
Fax. (787) 277-7090
Email: *rlugo@bde.gobierno.pr*

*S/ CARMEN PRISCILLA FIGUEROA, ESQ,*
USDC – P.R. No. 128209

Attorney for Municipal Revenue
Collection Center (CRIM)
PO Box 195387
San Juan, Puerto Rico 00919-5387
Tel. (787) 625-2746 Ext. 2112
Fax (787) 625-4073
Email: *cfigueroa@crimpr.net*

*S/ ENRIQUE G. FIGUEROA LLINÁS, ESQ.*
USDC- P.R. No. 201709

Attorney for Ada R.T. Pérez Valdivieso
Bobonis, Bobonis & Rodriguez Poventud
129 de Diego Ave.
San Juan PR 00911-1927
Tel. (787) 725-7941 / 725-4245
Email: *efl@bobonislaw.com*